# First District Court of Appeal
## State of Florida

_____

No. 1D2024-1709
_____

ADOLPHUS R PACE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
Jonathan Sjostrom, Judge.

June 3, 2026

PER CURIAM.

AFFIRMED.

OSTERHAUS, C.J., and LEWIS and RAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jessica J. Yeary, Public Defender, and Danielle Jorden, Assistant Public Defender, Tallahassee, for Appellant.

James Uthmeier, Attorney General, and Amanda Uwaibi, Assistant Attorney General, Tallahassee, for Appellee.